```
            UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS


NORA MORAN,                )
         Plaintiff,        )   CIVIL NO. 05-CIV-11092-RCL
                           )
     v.                    )
                           )
UNITED STATES OF AMERICA,  )
         Defendant         )
```

## GOVERNMENT'S ENTRY OF APPEARANCE

The Court and counsel will note the appearance of the undersigned Special Assistant United States Attorney as counsel of record for the United States in this case. All orders, notices, correspondence, telephone calls, facsimiles, and e-mails should be addressed to the attorney as listed below.

```
                        Respectfully submitted,

                        MICHAEL SULLIVAN
                        UNITED STATES ATTORNEY

                    By: /s/ Christopher L. Varner
                        _____
                        CHRISTOPHER L. VARNER
                        Assistant U.S. Attorney
                        U.S. Attorney's Office
                        211 West Fort Street, Suite 2001
                        Detroit, Michigan 48226
                        313-226-9684-Direct
                        313-226-3413-Fax
                        Bar ID: 413642 (D.C.)
                        E-mail: Christopher.Varner@usdoj.gov
```

Date: June 13, 2005

**CERTIFICATE OF SERVICE**

    I, Christopher L. Varner, certify that on June 13, 2005, I served a copy of the foregoing document upon the persons listed below by first-class mail:

Kimberly Homan  
The Statler Building  
20 Park Plaza, Suite 905  
Boston, MA 02116  
617-227-8616-Tel.  
617-338-9538-Fax  

Martin Weinberg  
The Statler Building  
20 Park Plaza, Suite 905  
Boston, MA 02116  
617-227-3700-Tel.  

                                          _/s/ Christopher L. Varner/pmr_  
                                          CHRISTOPHER L. VARNER  
                                          Assistant U.S. Attorney  
                                          U.S. Attorney's Office  
                                          211 West Fort Street, Suite 2001  
                                          Detroit, Michigan 48226  
                                          313-226-9684-Direct  
                                          313-226-3413-Fax  
                                          Bar ID: 413642 (D.C.)  
                                          E-mail: Christopher.Varner@usdoj.gov