UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NORA MORAN,                                CIVIL NO. 05-CIV-11092-RCL

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.
_____/

### GOVERNMENT'S ASSENTED TO MOTION FOR EXTENSION OF TIME TO FILE RESPONSE

The government seeks an extension of time until July 11, 2005, to file its response in this matter, in the case of John Moran v. United States, Civil No. 05-CIV-11091-RCL, and in the case of United States v. John Moran and Nora Moran, Crim. No. 96-10335-RCL.  Counsel for John Moran and Nora Moran have agreed to this motion.

Respectfully submitted,

MICHAEL SULLIVAN
UNITED STATES ATTORNEY

s/Christopher L. Varner
Special Assistant U.S. Attorney
U.S. Attorney's Office
211 West Fort Street, Suite 2001
Detroit, Michigan 48226
313-226-9684-Direct
313-226-3413-Fax
Bar ID: 413642 (D.C.)
E-mail:      Christopher.Varner@usdoj.gov

Date: June 27, 2005

## **CERTIFICATE OF SERVICE**

I, Christopher L. Varner, certify that on June 27, 2005, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to the following persons:

Kimberly Homan
The Statler Building
20 Park Plaza, Suite 905
Boston, MA 02116
617-227-8616-Tel.
617-338-9538-Fax

Martin Weinberg
The Statler Building
20 Park Plaza, Suite 905
Boston, MA 02116
617-227-3700-Tel.
617-338-9538-Fax

---
s/Christopher L. Varner
Special Assistant U.S. Attorney
U.S. Attorney's Office
211 West Fort Street, Suite 2001
Detroit, Michigan 48226
313-226-9684-Direct
313-226-3413-Fax
Bar ID: 413642 (D.C.)
E-mail:    Christopher.Varner@usdoj.gov