UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Nora F. Moran
            Petitioner                     CIVIL ACTION

V.                                          NO.  05cv11092    RCL

United States of America
            Respondent

## ORDER RETURNING PLEADINGS

Lindsay    D.J.

On  07/21/2005  the Clerk received your Reply of Nora F. Moran to Government's response to Plaintiff's Motion to Vacate, Set Aside or Correct Sentence for filing in the above-entitled action, however, it is hereby ORDERED that the above document(s) be returned for the reason(s) checked below:

( )   The certificate of service does not conform to Local Rule 5.2(b)(2) because it is not on the bottom of, or in the margin, of the last page of the paper to which it relates or is not single-spaced.

( )   The papers or documents do not conform to Local Rule 5.1(a) because:
  ( )   Board of Bar Overseers Registration Number has not been provided.
  ( )   8 1/2" x 11" paper has not been used.
  ( )   A backer is attached.
  ( )   The documents are not properly bound.
  ( )   The text is not double-spaced.
  ( )   The discovery request or response text is not single-spaced.

( )   Motion to amend to add party is not accompanied by certificate regarding service on new party pursuant to Local Rule 15.1(B).

( )   Discovery documents are not to be filed with the Court pursuant to Local Rule 26.6(A).

( )   The discovery motion(s) is/are not accompanied by the certification of personal consultation required by Local Rule 7.1(A)(2), 26.2(C) and 37.1(B).

(X)   Other (1)  Failure to seek leave of court to file the reply  (2)  A reply of more than 10 double-spaced pages will not likely be granted.


08/02/2005                              /s/    Reginald C. Lindsay
DATE                                    UNITED STATES DISTRICT JUDGE

(Retndocs.ord - 09/92)                                               [o.]